IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ANTHONY DEJOHN, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:05cv591 |
| vs. | : |
| | : District Judge Susan J. Dlott |
| TIPPMANN GROUP/ INTERSTATE WAREHOUSING, INC., | : |
| | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Timothy S. Hogan filed on April 30, 2008(Doc. 24), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired May 20, 2008, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant's Motion for Summary Judgment (Doc 15) is **GRANTED.** Plaintiff's complaint is hereby **DISMISSED** and this case is **TERMINATED** upon the Court's docket.

IT IS SO ORDERED.

    s/Susan J. Dlott
Susan J. Dlott
United States District Judge